UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ARJANWOOD OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:22-cv-01194-RSL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 7th day of December, 2022.

By  s/Alfred E. Donohue
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate

STIPULATED MOTION AND ORDER FOR DISMISSAL (Cause No. 2:22-cv-01194-RSL) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 7th day of December, 2022.

By  *s/Jerry H. Stein*
Jerry H. Stein, WSBA No. 27721
By  *s/Daniel J. Stein*
Daniel J. Stein, WSBA No. 48739
By  *s/Justin D. Sudweeks*
Justin D. Sudweeks, WSBA No. 28755
By  *s/Cortney M. Feniello*
Cortney M. Feniello, WSBA No. 57352
Stein, Sudweeks & Stein
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Phone: 206-388-0660
Fax: 206-286-2660
Email: JStein@condodefects.com
         dstein@condodefects.com
         justin@condodefects.com
         cfeniello@condodefects.com
Of Attorneys for Plaintiff

IT IS SO ORDERED.

Dated this 8th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

---

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:22-cv-01194-RSL) – 2



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273